**Opinion issued October 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-19-00099-CR

————————————————

### JARVIS MARQUIS TILLMAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Case No. 1580017**

---

## MEMORANDUM OPINION

Appellant, Jarvis Marquis Tillman, has filed three pro se letter-motions to dismiss, stating that he would like to dismiss his appeal upon receipt of this letter and to expedite the mandate. The Court construes the letter-motions filed by

appellant as a motion to dismiss his appeal and to expedite the mandate. *See* TEX. R. APP. P. 42.2(a), 18.1(c). Ten days have passed with no response. *See* TEX. R. APP. P. 10.3(a). No opinion has issued. *See* TEX. R. APP. P. 42.2(a).

Although appellant's motion to dismiss is only signed by the pro se appellant and does not contain a certificate of service or conference, it was filed after appellant's appointed counsel filed a motion to withdraw with an *Anders* brief, both of which contain counsel's signature, and after the State filed a waiver of its right to respond to the *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967). Thus, construing the various motions together with the State's waiver, we conclude that good cause exists to suspend the operation of Rules 10.1, 18.1(a), and 42.2(a) in this appeal. *See* TEX. R. APP. P. 2, 10.1(a), 18.1(a), 42.2(a); *see also Selph v. State*, No. 01-16-00776-CR, 2017 WL 2375788, at *1 (Tex. App.—Houston [1st Dist.] June 1, 2017, no pet.).

Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). Further, because the motion to expedite demonstrates good cause to expedite issuance of the mandate, we grant the motion and direct the clerk of this Court to issue the mandate immediately. *See* TEX. R. APP. P. 18.1(c).

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Lloyd.

Do not publish. *See* Tex. R. App. P. 47.2(b).